# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZ NELSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR,<br><br>          Defendant. | Case No. 1:15-cv-01393 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Chaz Nelson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1] He filed this action on September 14, 2015.

On September 16, 2015, the Court ordered Plaintiff to either pay the filing fee, or submit an application to proceed in forma pauperis, within forty-five (45) days. Although Plaintiff filed an application on September 14, 2015, he did not submit the correct application. Over forty-five (45) days have passed and Plaintiff has failed to comply with the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to comply with the Court's September 16, 2015, order. Plaintiff must file a response to this order

///

---

[1] Plaintiff has been ordered twice to submit a consent or decline form. The most recent order, issued on November 4, 2015, gives him thirty days to do so.

1

1  within thirty (30) days of the date of service.  Plaintiff may also comply with this order by paying the
2  filing fee, or submitting an application to proceed in forma pauperis.
3         <u>Failure to comply with this order will result in dismissal of this action.</u>
4
5
6  IT IS SO ORDERED.
7      Dated:   **November 17, 2015**                    /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE
8

2