# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZ NELSON,<br><br>               Plaintiff,<br><br>     v.<br><br>CDCR,<br><br>               Defendant. | Case No. 1:15-cv-01393 DLB PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>(Document 6) |

Plaintiff Chaz Nelson ("Plaintiff") is a prisoner in the custody of CDCR and is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. He filed this action on September 14, 2015.

On November 17, 2015, the Court issued an order to show cause why the action should not be dismissed for failure to pay the filing fee or submit an application to proceed in forma pauperis.

Plaintiff filed an application to proceed in forma pauperis on November 19, 2015, and the order to show cause is therefore DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 30, 2015**              /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE

1