# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZ NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:15-cv-01393 DLB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Chaz Nelson ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 14, 2015.[1]

　　　　On May 18, 2016, the Court screened the complaint and dismissed it with leave to amend. Pursuant to that order, an amended complaint was due within thirty (30) days. Over thirty (30) days have passed and he has not filed an amended complaint or otherwise contacted the Court.

　　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff must file a response to this order within thirty (30) days. Plaintiff may also comply by filing an amended complaint pursuant to the May 18, 2016, order.

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 19, 2015.

1     <u>Failure to follow this order will result in dismissal of this action.</u>

2

3 IT IS SO ORDERED.

4     Dated: **July 8, 2016**                      /s/ *Dennis L. Beck*

5                                         UNITED STATES MAGISTRATE JUDGE